EVIDENCE IN JUSTICE'S COURTS.

## George M. Smith *vs.* James T. Halk.

### *Certiorari.*

A defendant, in a justice's court, cannot prove a payment of the debt sued for, by his own oath.

The error, complained of in this case, is that an action was commenced, by the plaintiff, on a promissory note, and that the defendant filed a plea of payment, of twelve dollars and seventy-five cents, and that he introduced no evidence, to support his said plea, except his own oath, which was objected to, but which was admitted by the Court, and the Jury found a verdict for the defendant, for the sum of nine dollars and seventy-two cents. I am of opinion that the Court erred, in permitting the defendant to support and establish his plea of payment, by his own oath: the fact of payment being such a fact, as should be proven, by other evidence, and not by the oath of the party.*

It is, therefore, ordered, that the Certiorari be sustained, and a new trial ordered.

---

*See *Ante*, 148, 150.